# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BRAD ROBERTSON**                                           **PLAINTIFF**

v.                               No. 3:19-cv-312-DPM

**MAPES, Warden, NEACCC**                           **DEFENDANT**

## ORDER

1. The Court withdraws the reference.

2. Robertson hasn't responded to the Court's 6 November 2019 Order; instead, his mail is being returned undelivered. № 3–5. Robertson's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 December 2019