# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRAD ROBERTSON**                                               **PLAINTIFF**

v.                        No. 3:19-cv-312-DPM

**MAPES, Warden, NEACCC**                                        **DEFENDANT**

## JUDGMENT

Robertson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 December 2019